IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CONSTANCE HARPER,

   Plaintiff,

    v.

ULTA SALON COSMETICS &
FRAGRANCE, INC.,

   Defendant.

CIVIL ACTION FILE
NO. 1:05-CV-1285-TWT

## OPINION AND ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 87] of the Magistrate Judge recommending granting the Defendant's Motion for Summary Judgment [Doc. 69]. The Court is not persuaded that there are genuine issues of fact as to the two failure to promote claims addressed in the Plaintiffs' Objections. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion for Summary Judgment [Doc. 69] is GRANTED.

SO ORDERED, this 13 day of February, 2007.

                               /s/Thomas W. Thrash
                               THOMAS W. THRASH, JR.
                               United States District Judge